31 So.2d 141

### Joe CUSIMANO v. STATE.
### 7 Div. 914.

Supreme Court of Alabama.
May 15, 1947.

Rehearing Denied June 26, 1947.

Roy D. McCord and Edw. B. Miller, both of Gadsden, for petitioner.

A. A. Carmichael, Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Joe Cusimano for certiorari to the Court of Appeals to review and revise the judgment and decision, of that Court in the case of Cusimano v. State, 31 So.2d 139.

Writ denied.

GARDNER, C. J., and FOSTER and LAWSON, JJ., concur.